# EXHIBITS

# EXHIBIT A — Registered Copyrights

## Exhibit A-1: Registered Copyright VAU000296296 (April 8, 1994) — *The Twelve Marshmallow Martians and Friends*













Visual Arts Features:
- marshmallow shaped alien head
- antennae on head with spherical tips
- large eyes
- floating/flying alien

# Exhibits A-2 – A-5: Additional Registered Copyrights

| A-2 | A-3 |
|---|---|
| | **(First Copyright 1991 for Marshmallow Martian Creatures VAu00219808, see 1994 Drawings Exhibit A-1** |

## A-2

**Copyright** | Public Records System

Detailed Record View

Registration record VAu000219808

Copyright Catalog

**Murshmallow Murtian creatures.**

| | |
|---|---|
| **Registration Number / Date** | VAU000219808 / 1991-12-30 |
| **Type of Work** | Visual Material |
| **Title** | Murshmallow Murtian creatures. |
| **Application Title** | Marshmallow Martians. |
| **Date of Creation** | 1989 |
| **Copyright Claimant** | Alec Feinberg |
| **Description** | Drawings. |
| **Names** | Feinberg, Alec |

## A-3

## A-4

**Copyright** | Public Records System

Detailed Record View

Registration record TXu000629663

Copyright Catalog

**Marshmallow Martian stories.**

| | |
|---|---|
| **Registration Number / Date** | TXU000629663 / 1994 |
| **Type of Work** | Text |
| **Title** | Marshmallow Martian s |
| **Date of Creation** | 1993 |
| **Copyright Claimant** | Alec Feinberg |
| **Description** | 1 v. |
| **Names** | Feinberg, Alec |

## A-5

**Copyright** | Public Records System

Detailed Record View

Registration record TXu000362786

Copyright Catalog

**Marshmallow martians earthbound :a story and project book.**

| | |
|---|---|
| **Registration Number / Date** | TXU000362786 / 1989-03-24 |
| **Type of Work** | Text |
| **Title** | Marshmallow martians earthbound :a story and pro |
| **Date of Creation** | 1989 |
| **Copyright Claimant** | Alec Feinberg |
| **Authorship on Application** | Alec Feinberg, whose pseud. is Alec Alexander. |
| **Description** | 12 p. |
| **Names** | Feinberg, Alec 1947-<br>Alexander, Alec, pseud. |

Case 5:26-cv-00260-M-RJ    Document 1-1    Filed 04/21/26    Page 3 of 3