# EXHIBIT B — Trademark Registrations

## Exhibits B-1 – B-2: Active Trademark Registrations



| **B-1:** Print Books category 016 99044020 Reg. 7,992,456 | **B-2:** Ebooks category 009 98552512, Reg. 7,758533 |
| --- | --- |

## Exhibit B-3: Inactive Trademark Registration



**B-3** Inactive original trademark 74278695, 78876003 shows intent to protect history. Renewed tradeamrks above

19 of 47