# EXHIBIT C — Defendant's Books



Defendant book on Amazon: note publication date