# EXHIBIT D — Plaintiff's Books



Example of Plaintiff Book on Amazon: note publication date and age group