# EXHIBIT E — Cease-and-Desist Letters and Responses
## Summary; Full Correspondence in Exhibit L

**10/4/2024:** Plaintiff notifies defendant they infringe on my IP rights and to Cease-and-Desist.
**Oct 18, 2024:** Simple Acknowlegement by defendant on date shown.

**11/25/2024:** Plaintiff provides Registered Copyright notice to defendant's attorney and to Cease-and-Desist.
**Dec. 13, 2024:** Full response by defendant to Plaintiff's registered copyright information on Character Squishy. Letter shows willful refusal to Cease and Desist based on Copyright proof and prior Trademark information by defendant.

**1/8/2025:** Plaintiff further insists that their response violates IP rights and defendant is willfully refusing to cease and desist.
**February 4, 2025:** Defendant addresses plaintiff's complaint and further willfully refuses to Cease-and-Desist violating Plaintiff's IP rights.

**6/22/2025:** Plaintiff notifies Defendants and their authors of renewed trademark US Serial Number 98552512 Category 009, and to again Cease-and-Desist.
**6/26/2025:** Defendant notifies Plaintiff of their refusal to cease and Desist claiming Plaintiff's updated new trademark is too late and is not legally binding.

**11/23/2025:** Plaintiff notifies defendant of now a second trademarks and to Cease-and-Desist US Serial Number 98552512 category 009, and 99044020 category 016.
**12/2/2025:** Defendant willfully refuses to Cease-and-Desist saying Plaintiff's two trademarks are not relevant and further states they will contact Amazon not to honor Plaintiff's IP rights.

**1/27/2026:** Defendant uses publishing influence and Amazon decides not to interfere and reinstates defendant's books and disregards Plaintiffs trademark as well. Therefore, Defendant Willful misconduct demonstrates excessive interference with Plaintiffs IP rights influencing Amazon to Reinstate defendant's books in spite of Plaintiffs trademark rights.

Case 5:26-cv-00260-M-RJ    Document 1-5    Filed 04/21/26    Page 1 of 1