# EXHIBIT F — Publication Dates and Target Age Group Comparison

| Plaintiff Book Series (Amazon Listing) | Defendents Book Series (Amazon Listing) |
|---|---|
| **Product details** | **Product details** |
| **ASIN :** B0D2R9D8LT | **Publisher :** Random House Graphic |
| **Publisher :** Independently published | **Publication date :** April 18, 2023 |
| **Publication date :** February 1, 2000 | **Language :** English |
| **Language :** English | **Print length :** 72 pages |
| **Print length :** 27 pages | **ISBN-10 :** 0593566076 |
| **ISBN-13 :** 979-8323569700 | **ISBN-13 :** 978-0593566077 |
| **Item Weight :** 4.3 ounces | **Item Weight :** 9.6 ounces |
| **Reading age :** 3 - 10 years | **Reading age :** 5 - 8 years |
| **Dimensions :** 8.5 x 0.07 x 11 inches | **Dimensions :** 6.3 x 0.39 x 8.58 inches |
| **Book 2 of 4 :** Marshmallow Martians Book Series | **Book 1 of 3 :** Marshmallow Martians |
| | **Grade level :** Kindergarten - 3 |
| Comparison: Same age group, original publication 2000 vs. 2023 ||
| Description: Beautifully illustrated Mars dream adventure story for children **ages 3-10** | Amazon Description: Perfect for kids ages 5-8! |
| <u>AMAZON Listings</u> | <u>AMAZON Listings</u> |
| **Print & Downloadable Books** <br><br> • <u>**My Fantastic Dream of the Marshmallow Martians:**</u> 1st edition **(2000)** Isbn:0-9670091-0-3, 2024 2nd Edition ISBN: 9798323398065 and kindle version B008GUXA5S, Publisher : SAT Publishing (July 1, 2012) <br> • <u>**My Magical Christmas Dream of the Marshmallow Martians:**</u> 1st edition **(2000)**, ISBN No. 0-9670091-1-1, , 2nd Edition 2nd Edition (2024), ISBN: 9798323569700. Kindle, ASIN : B008GUXB2U, (July 1, 2012) <br> • <u>**Marshmallow Martians Coloring Book with fun activities**</u>: 1st edition **(2000)**, ISBN 0-9670091-3-8, now in second edition, ASIN : B0D2TLQ43R, (February 2, 2000) <br> • <u>**Marshmallow Martians Visit Earth:**</u> In Rhymes from Mars with Stars **(2024)** ISBN 9798326846570 & Kindle | **Print & Downloadable Books** <br><br> • **Marshmallow Martians: Show and Smell:** (A Graphic Novel) **April 18, 2023** Print: <u>0593566076</u>: Downloadable: <u>B0B6Z73L8B</u> <br> • **Marshmallow Martians: Museum Sleepover:** (A Graphic Novel) January 23, **2024,** Print: <u>0593566130</u>:, Downloadable: <u>B0C5HD3P94</u> <br> • **Marshmallow Martians: Earth School:** (A Graphic Novel) July 25, **2023,** Print: <u>0593566106</u>:, Downloadable: <u>B0BKKFXL5W</u> |

Case 5:26-cv-00260-M-RJ    Document 1-6    Filed 04/21/26    Page 1 of 1