# EXHIBIT G — Character Comparisons to Registered Copyrighted Works

**Exhibit G-1:** Comparison of Plaintiff's "SQUISHY" Character and Defendant's Character

| Plaintiff's Marshmallow Martian Squishy | Penguin Random House Derivative Marshmallow Martian Squishy |
|---|---|
| **1994 Registered Copyright Squishy & Puffy from Exhibit A-1**<br><br> | From Defendants Youtube video on how to Draw Squishy the Marshmallow Martian<br><br><br><br>Figure shows strong features related to Plaintiffs Squishy as well as Spacey and Plaintiffs overall theme of how Marshmallow Martians are constructed. |



Squishy and Puffy as they appear in Plaintiff's books



Squishy as appearing in defendants book



Squishy Flys Plaintiff's Books



Squishy Flys Defendants Books

# Exhibit G-2: Additional Character Comparison

| Plaintiffs Silly Characters | Defendants Silly Character |
|---|---|
|  **1994 Registered Copyright Spacey From Exhibit A-1** | **Defendant's Derivative Marshmallow Martian Silly Character Snug** |

**Similarities to Silly Characters**
**Same derivative marshamllow body, large eyes, Antenna with balls at end**

## Exhibits G-3, G-4, G-5, G6 Examples of Non Infringing Marshmallow Aliens (same Age Group)

| G-3 | G-4 | G-5 | G-6 |
|---|---|---|---|

Case 5:26-cv-00260-M-RJ    Document 1-7    Filed 04/21/26    Page 3 of 3