# EXHIBIT H — Origin of the Marshmallow Martians

**Provided on Plaintiff's website: www.MarshmallowMartians.net**

Marshmallow Martians were originally created by Dr. Alec Alexander when his first daughter needed to come up with a science project in fifth grade. Together at a supermarket, they bought some marshmallows, toothpicks and large lasagna noodles used for space ships along with ribbon candy and other decorative items. They made the first Marshmallow Martians space station by first putting the marshmallows together with the toothpicks, giving them faces and sticking them on noodles for flying space ships. Then they put everything in a large snow saucer for their space station. A picture of the Marshmallow Martian space station made the local newspaper and the Marshmallow Martians were born around 1990. After that Dr. Alexander told both daughters Marshmallow Martian stories for many years and four particular stories came to life in the Marshmallow Martian book series.

Case 5:26-cv-00260-M-RJ    Document 1-8    Filed 04/21/26    Page 1 of 1