# EXHIBIT I — Google AI Results

**Exhibit I-1** Google AI-Generated Results for "Marshmallow Martian" (April 5, 2026)



AI-generated search summary finds only Defendant's books

Go•gle   MARSHMALLOW MARTIANS

AI Mode   **All**   Images   Shopping   Videos   Short videos   News   More ▾   Tools ▾

## Marshmallow Martians
Novel series ⋮

Marshmallow Martians is a **humorous graphic chapter book series for young readers (ages 5-8) by Deanna Kent and illustrator Neil Hooson**, following a group of curious aliens from Planet Moop as they visit Earth to find unusual things for a contest, leading to adventures at places like school and museums. The series bridges the gap between picture books and longer chapter books, featuring lovable characters and simple, funny stories about Earth culture. ✎

Key aspects of the series:

Show more ⌄

🜨 Penguin Random House
**Marshmallow Martians Series - Penguin Random House**
Meet the Marshmallow Martians: a group of curious aliens who can't get enough of planet Earth! This hilarious, fast-paced graphic chapter book will tickle young ...

🛒 Amazon.com
**Marshmallow Martians: Show and Smell: (A Graphic Novel)**
Meet the Marshmallow Martians: a group of curious aliens who can't get enough of planet Earth! This hilarious, fast-paced graphic chapter book will tickle ...

Sponsored products ⋮

🔎 Type here to search

Case 5:26-cv-00260-M-RJ    Document 1-9    Filed 04/21/26    Page 1 of 2

# Exhibit I-2 Google AI-Generated Results Referencing MarshmallowMartians.net as having Defendant's Books when this is Plaintiff's Website (April 5, 2026)

