# EXHIBITS J — Internet Search Results Confusion

## Exhibit J-1: Amazon Search Results for "Marshmallow Martians" (March 16, 2026)



Search results for Plaintiff's book series Marshmallow Martian (Only Defendants books Appear)

Page 2 of Search No Sign of Plaintiffs Books

Case 5:26-cv-00260-M-RJ    Document 1-10    Filed 04/21/26    Page 1 of 3

# Exhibit J-2: Google Search Results for "Marshmallow Martians" Showing Mixed Plaintiff with Defendant Books (Page 1 of Search, April 5, 2026)



Page 1 Google Search Marshmallow Martians

# Exhibit J-3: Google Search Results for "Marshmallow Martian" Showing Defendant Books Only (Pages 2-5, April 5, 2026)



| Page 2 Google Marshmallow Martians Search | Page 3 Google Marshmallow Martians Search |
| --- | --- |
| Page 4 Google Marshmallow Martians Search | Page 5 Google Marshmallow Martians Search |

Case 5:26-cv-00260-M-RJ     Document 1-10     Filed 04/21/26     Page 3 of 3