# EXHIBIT K: Video Published on How to Draw SQUISHY by Defendant

| Similarities as detailed by Defendant on Video on How to Draw Squishy on Youtube | | |
|---|---|---|
|  On Youtube Video on how to draw Squishy, Defendant Neil Hooson States, "Squishy is a Martian made of a marshmallow just like Snug was….Squishy just like all the other marshmallow Martians likes everything to do with Earth" |  Defendant explains to start with a Marshmallow Body for the Marshmallow Martians |  Defendant describing the character as having a marshmallow-shaped body and antennae with spherical tips, features that correspond to the distinctive elements of Plaintiff's Marshmallow Martian characters. |
|  **Plaintiffs Copyright** |  **Defendants Squishy colored in note similar color as well** |  **Copyrighted Squishy from Plaintiffs book** |