# EXHIBIT L – Cease and Desist Correspondence

### Exhibit L-1: Plaintiff's Cease-and-Desist Letter to Defendant (October 4, 2024)

Alec Feinberg, 9510 Centerwood Dr., Raleigh, NC 27617 617-943-9034 alecafeinberg@gmail.com, DrAlexander@MarshmallowMartians.net

**To:** Penguin Random House LLC, Legal Department/DMCA Notices, 1745 Broadway, New York, NY 10019, (212) 366-2652. copyrightagent@penguinrandomhouse.com

**CC:** Attorney Gary Fields, Attorney Michael Steger, The Feinberg Family

**Subject:** Copyright and Trademark Infringement - Notice to Cease and Desist of all your Marshmallow Martian publications, Marketing, Cyberspace Marketing, and all related sales

**Dear Penguin Random House:**

Your Marshmallow Martian children's books by infringement willful authors/illustrator Deanna Kent & Neil Hooson violate my Marshmallow Martian registered copyrights and trademark intellectual property rights (see Table Below). My Marshmallow Martian book series has been on Amazon for sale since 2000 and since 2012 on Kindle eBook. My registered copyrights have also been available for review through the copyright office since 1989 and 1994. Thus there was easy full access to my intellectual property rights. Further, in 1998 my original manuscript was submitted to your company and it was reviewed and rejected (due to the length of time I have no record of this).

**Infringement Details:** The books you have published include illustrations with infringing features to mine. These features include but are not limited to 1) cylindrical marshmallow-shaped heads, 2) antennas on their heads, 3) two eyes 4) a mouth on their marshmallow faces, 5) the ability to fly both independently and in a spaceship, 6) their visits to Earth, 7) they communicate with Earth children, 8) one character also a strong look-a-like with identical name with eyelashes similar to one of my characters that your author has also infringed with the same name Squishy, 9) and most of all, your books identified the marshmallow creatures by my trademarked name Marshmallow Martians. Therefore, all your characters and story concepts are in clear violation of my copyrights and trademark name.



Samples from my book series From your book series 1 of 5



My Book Available Since 2000 on Amazon          Your Books

Penguin Random House appears to aid and abet these violations. All your company had to do was type in Google or on Amazon the term Marshmallow Martians and my book series would have come up. Furthermore, as I mentioned, the Marshmallow Martians had received 4 registered copyrights, and 3 registered trademarks which are easily found on the government websites.

### Damages:
**Cyberspace Damages:** Your cyberspace marketing that you have undertaken has buried my books on Amazon and in cyberspace making it nearly impossible for someone to find my book series and websites. Googling Marshmallow Martians now finds no trace of my book series or my website MarshmallowMartian.net and .com, the only thing that comes up is your illegal books. Furthermore, upon cease and desist, I am uncertain how much of your marketing can be removed as servers often remember prior products for quite some time. Therefore, your company's violation has done irreparable harm to my book series in cyberspace.

### Development Costs and Damages:
Willful and negligent Infringement: I do not understand how a company of your stature would be remiss in allowing this infringement and theft by publishing similar characters and book series trademarked names that you once rejected. It is disrespectful to other book authors who are not part of your company. These books meant a lot to me and my family since 1989 and I spent a lot of time and money to develop them. They have a long history and you come in and take over my hard work with the overwhelming marketing of your books and characters with really a demeaning book series that is disrespectful of my Marshmallow Martians characters, stories, and artistic quality that I have created.

### Artistic Damages:
Your Marshmallow Martian character infringement demeans my art which I consider your books a form of graffiti destroying the high standards that I set for the Marshmallow Martian characters in my books. The expectations of the Marshmallow Martian characters are now very low-quality silly cartoons which is hard for me to understand. This is painful for me to see.

### Loss of Sales
Since your infringement, I have had almost no sales on my books. Since your full cyberspace campaign blocking my sales.



### Disruption of New Book Project Sales
I have a new Dr. Seuss-style book that was launched this year in June called Marshmallow Martians Visit Earth, With Rhymes from Mars Separated by Stars. The project was long in the making and very costly and my timing with your infringement is making visibility nearly impossible. This is high-quality children's literature. The work that went into this project and the new type of story in Rhymes in Children's Literature is greatly lost due to your cyberspace presence and low expectations the audience would have from your books as well as your extensive cyberspace advertisements blocking my work and your books are a total distraction to my art form.

### My Demands:
Your company's infringement has done great harm to my book series and art. I demand: 1) You immediately Cease and Desist all your Marshmallow Martian book sales. 2) Terminate marketing of the infringing books and delete them from all websites, bookstores, Amazon, library of Congress presence, registered copyrights, and so forth including re-purchasing from vendors/distributors of all books sold. 3) I demand you not re-publish further these infringed characters under a different hidden name. 4) I demand all monies you and your authors made from your book sales be rightfully awarded to me and request this discovery information. 5) I request statutory damages of $40,000

I claim gross negligence and willful infringement. Failure to comply promptly will provide more evidence of willful infringement. I currently represent myself, however, if I do not receive equitable damages, I will be forced to move forward with a lawsuit in Federal district court (which is for a minimum of $75,000) for statutory damages plus attorney fees due to your infringing books.

**My Marshmallow Martian Copyright and Trademark Information**

Below is my intellectual property rights statement:
**Copyright © 1989, 1991, 1994-1, 1994-2, and 2000** Alec Feinberg, including book content and Marshmallow Martian characters. All rights reserved. No part of these books may be reproduced or copied in any form without written permission from the publisher. Marshmallow Martians originally a registered trademark of Alec Feinberg 1994 and 2007, continues as a **common law trademark** protected under the Lanham Act.

Verbatim Copyright statement in 2000 print books and 2012 KCP Ebooks:
Copyright © 2000 Smart Alec Toys Publishing. All rights reserved. No part of this book may be reproduced or copied in any form without written permission from the publisher. Marshmallow Martians® is a registered trademark of Smart Alec Toys®. Congress Catalog Card Number: 99 091179. ISBN No. 0-9670091-1-1

Marshmallow Martian Copyright, Trademark & Book History *
- TXu000629663, 4-8-1994 Alec Feinberg --- Marshmallow Martian Stories (Entire Text)
-VAu000296296, 4-8-1994 Alec Feinberg --The Twelve Marshmallow Martians and Friends (2-D Artwork)
-VAu000219808, 12- 30-1991 Alec Feinberg Marshmallow Martian Creatures (Drawings)
-TXu000362786, 3-24-1989 -Alec Feinberg Marshmallow Martians Earthbound, A Story and Project Book (Entire Text) Registered Copyright

Copyrighted Book Series
My Fantastic Dream of the Marshmallow Martians: 1st edition (2000) Isbn:0-9670091-0-3,, LCCN: 99-091178, 2024 2nd Edition ISBN: 9798323398065 in Kindle Store, ASIN : B008GUXA5S, Publisher : SAT Publishing (July 1, 2012) 2000 Alec Alexander, Ph.D.

My Magical Christmas Dream of the Marshmallow Martians: 1st edition (2000) ISBN No. 0 9670091-1-1, LCCN: 99-091179, 2nd Edition LCCN: 99-091179, 2nd Edition (2024), ISBN: 9798323569700. Kindle, ASIN : B008GUXB2U, Publisher : SAT Publish: (July 1, 2012) 2000 Alec Alexander, Ph.D.

Marshmallow Martians Coloring Book with fun activities: 1st edition (2000), ISBN 0 9670091-3-8, now in second edition, ASIN : B0D2TLQ43R, (February 2, 2000) 1989, 2024 Alec Alexander, Ph.D.

Marshmallow Martians Visit Earth in Rhymes from Mars with Stars: 2nd Edition (2024), ISBN 9798326846570, LCCN 99-091179 1st Edition (1989) Marshmallow Martians Earthbound, A Story and Project Book

Expired Registered Trademarks
1,820,609 (Feb. 8, 1994) Smart Alec Toys, Owner: Alec Feinberg Marshmallow Martian (For a Series of Children's Fiction Books, in Class 16)

3,244,403 (May 22, 2007) Alec Feinberg Marshmallow Martians (For Children's Books (Class 16)

1,826,990 (Mar. 15, 1994 Smart Alec Toys Owner: Alec Feinberg Marshmallow Martians (For Toy Figures, in Class 28

Current Trademark Common Law Trademark (2017 Current Day) Alec Feinberg Marshmallow Martians
9,8552,512 (5/15/2024) Alec Feinberg Marshmallow Martians (Class 009)

These are all public records. I have made a strong effort to copyright & trademark my intellectual property. Violations of these are therefore willful acts.

Case 5:26-cv-00260-M-RJ    Document 1-12    Filed 04/21/26    Page 3 of 14

I have maintained my book series trademark, as a common law trademark protected under the Lanham Act in the Amazon marketplace. There are also strong copyrights both for my stories and characters that as I mentioned were easily accessed on Amazon since 2000 or research in the copyright office. This illustrates willful violation and disrespect for me as a self-published author. I have made every reasonable effort to protect my property over the years since 1989.

**Summary**

I cannot tell you how angry I am. This effort is also removing me from my climate global warming valuable research work which is costing me precious time and money to notify you. These characters, stories, and illustrations were quite an expense and difficult project for me and have been in my family since about 1989 when I first started to develop them. They took a very long time to develop over many years of telling stories to my children, doing sketches, computer coloration software that I had to purchase and learn. My artwork took a huge amount of time to develop these characters and illustrations. I promise and am motivated to escalate this into a major lawsuit in which you will be responsible for very large damages. You will be found responsible for all lawyer fees under the copyright and trademark ownership violations due to total aiding and abetting negligence by your company. Your infringement is extremely hurtful to me of all the time and development costs over the years that I put into this project including the copyright and trademark expenses. Please respond no later than ONE week or I will proceed to work with Attorney Fields who I am currently consulting with, he believes I have a strong case and should be asking for more.

Sincerely, Alec Feinberg, Ph.D. Pen name: Alec Alexander, Ph.D.
9510 Centerwood Drive Raleigh, NC 27617

CC: Attorney Gary Fields

# Exhibit L–2: Cease and Desist Correspondence Response (Oct 18, 2024)

 Penguin
Random
House

Alec Feinberg                                                          October 18, 2024
9510 Centerwood Dr.
Raleigh, NC 27617
Sent via email: alecafeinberg@gmail.com

RE: Marshmallow Martians by Deanna Kent and Neil Hooson

Dear Dr. Feinberg,

I am an attorney for Penguin Random House LLC. We are in receipt of your
correspondence regarding the above captioned works. We will look into this
matter and get back to you in a more substantive manner shortly. In the future,
please address any further correspondence on this matter directly to me at my
email address: aperszyk@penguinrandomhouse.com.

This letter is written without prejudice to any of the rights, remedies or defenses
of Penguin Random House LLC, Deanna Kent or Neil Hooson, all of which are
hereby reserved.

Sincerely,

*Alena Perszyk*
Alena Perszyk

cc:     Amelia Zalcman
        Carolyn Foley
        Aurora Laveglia
        Gary Fields
        Michael Steger

Case 5:26-cv-00260-M-RJ     Document 1-12     Filed 04/21/26     Page 5 of 14

# Exhibit L-3: Plaintiff's Cease-and-Desist Correspondence Providing Copyright Registration Information to Defendant's Counsel (November 25, 2024) — First Page

*Alec Feinberg, 9510 Centerwood Dr., Raleigh, NC 27617*
*617-943-9034 alecafeinberg@gmail.com*

**Date:** 11/25/2024
**To:** Penguin Random House, Attorney Alena Perszyk, aperszyk@penguinrandomhouse.com

**CC:** azalcman@penguinrandomhouse.com, cfoley@penguinrandomhouse.com, alaveglia@penguinrandomhouse.c
fields4ever@gmail.com, msteger@steger-law.com

**Subject:** Marshmallow Martians by Deanna Kent and Neil Hooson - **Cease and Desist** Follow-Up Request

**Re:** Official Evidence from US Copyright Office – Vau 296-296, registered copyright certification of Marshmallo
Martian copyright art dated 4-8-1994 entitled "The Twelve Marshmallow Martians and Friends"

**Dear Penguin Random House Attorney Alena Perszyk:**
I recently received a sealed affixed certified photocopies from the US Copyright Office costing me $415 sen
showing my Marshmallow Martians 12 characters authenticating my IP rights. This cost incurred due to your
delay. This is a follow-up 2nd request to immediately **cease and desist** as it has been over a month from my Octo
2024 letter. Please now stop now further willful violations of your Marshmallow Martian books. I detail here a
letter providing strong curtesy evidence of your company's published violations and warn that further failure to
with the herein request provides more evidence of such willful delay.

I provide for your aid this certified proof of my registered copyrights and violations of all Random House Marsh
Martian books. I am specifically in this letter focusing on the violation of my IP character named **"Squishy."**

Below is my authenticated Seal of Evidence for my twelve Marshmallow Martians registered copyright **Vau**
dated **4-8-1994.**



Focusing on my character named **"Squishy"** I herein show a direct violation. Here is the seal that you can see
figure attached page and my characters in the below figure.

Case 5:26-cv-00260-M-RJ     Document 1-12     Filed 04/21/26     Page 6 of 14

# Exhibit L-4: Defendant's Response to Plaintiff's Cease-and-Desist Correspondence (December 13, 2024) — First Page



Penguin
Random
House

Alec Feinberg                                                 December 13, 2024
9510 Centerwood Dr.
Raleigh, NC 27617
Sent via email: alecafeinberg@gmail.com

RE: Marshmallow Martians Books by Deanna Kent and Neil Hooson

Dear Dr. Feinberg,

As mentioned in my prior letter, I am an attorney for Penguin Random House LLC. In your correspondence regarding the above captioned works, you claim that you have "Marshmallow Martian registered copyrights and trademark intellectual property rights" and that the Marshmallow Martians books, written and illustrated by Ms. Deanna Kent and Mr. Neil Hooson, infringe on your alleged copyrights and trademark name. We have investigated this matter and have concluded that there is no such infringement, under long standing principles of both copyright and trademark law.

The Authors

Ms. Kent and Mr. Hooson are a team of well-respected children's book creators who have authored more than 9 books for young people for more than 6 years. They have worked with major media brands, such as Disney and Amazon Prime, and their works are in libraries and retail establishments throughout the United States and Canada. We have spoken to them about your allegations, and they are quite clear that they had not heard about or seen your books prior to receiving your correspondence about this matter. Their editor, similarly, was unaware of your books.

Background

Your letter mentions four books, specifically: (i) *My Fantastic Dream of the Marshmallow Martians*; (ii) *My Magical Christmas Dream of the Marshmallow Martians*; (iii) *Marshmallow Martians Coloring Book With Fun Activities*; and (iv) *Marshmallow Martians Visit Earth: In Rhymes From Mars With Stars*. The first three of these books were published in or around 2000, while your most recent book was published in June 2024. I have had the opportunity to read your books which I have, at a high level, summarized below:

- *My Fantastic Dream of the Marshmallow Martians* and *My Magical Christmas Dream of the Marshmallow Martians*: Both published in 2000, these books are written from the perspective of a human girl, named Molly, who dreams about a group of Martians from Mars who she identifies as "Marshmallow Martians." ("'You look like marshmallow

Alena Perszyk
Counsel
1745 Broadway, New York, New York 10019
P 212 782 9708

# **Exhibit L-5:** Plaintiff's Follow-Up Cease-and-Desist Correspondence to Defendant (January 8, 2025) — First Page

Alec Feinberg, 9510 Centerwood Dr. Raleigh, NC 27617
AlecAFeinberg@gmail.com

**Penguin Random House**                              January 8, 2025
**Attorney** Alena Perszyk, aperszyk@penguinrandomhouse.com
CC: azalcman@penguinrandomhouse.com, cfoley@penguinrandomhouse.com,
alaveglia@penguinrandomhouse.com, gfields@gfieldslaw.com

Dear Attorney Alena Perszyk:

I appreciate your response in your December 13, 2024 letter. Frankly, I found the response highly biased, prejudicial, and therefore mostly irrelevant on legal topics.

I appreciate the fact that you are hired by Random House (RH) and have to try to defend their position. However, I thought their position was more honest. I am truly disappointed in you and RH. RH never researched my title or my copyrights to check that I already owned this property; this should never have come to this point. You are effectively continuing to **willfully infringe upon** my IP rights and ignore my cease and desist requests. RH is supposed to set examples of honesty and abide by copyright law since they expect others to do the same. This is not a one-way street. Self-published authors have rights also.

Your books block my sales and are incredibly hurtful. One cannot even find my Marshmallow Martian website anymore in a search. You have NO idea of the money, expenses, and years I put into this project.

If you want to know how the Marshmallow Martians were invented you can read how it occurred with my children on www.marshmallowmartians.net. Do you think your authors did not steal my work, where did they come up with the idea? The statement you made about their honesty is proof of bias and irrelevant facts. Your authors found my books on Amazon which has been there since 2000, and did not research my IP registered copyrights dating back to 1994.

I had itemized trademarks, and registered copyrights in place and made every reasonable effort to protect my property. Just because I let my trademark slip, I had every expectation that I had already reasonable registered copyright protection in place as well as protection under common law trademark regulation. As well RH rejected my work around 1989 and had early access to my art.

Your book's main character, the "Marshmallow Martian Squishy" is a direct violation, it is one of my stronger characters that have been on the front covers on Amazon since 2000. As you incorrectly stated, "a generic plot of an alien marshmallow adventure". But Random published Marshmallow Martian Adventures and Marshmallow Martian characters. If they called it the Alien Marshmallows, I would not have as strong of a case. I would still be able to find my books and my website in a Google search that your books are blocking etc.... This means you have fully stolen my books, blocked my sales, and willfully stolen my property. I cannot bother to advertise properly, your books are ahead of mine on Amazon, they are all over the internet, and RH has now willfully ruined by marketing, art, and visibility and efforts to advertise my newest project "Marshmallow Martians Visit Earth."

Furthermore, the Marshmallow Martian artwork by RH is mocking my art in a way that infringes on my copyrights, without permission in a way that damages my rights as the creator. This involves RH authors creating derivative works that are substantially similar, with identical names and it diminishes the value of my children's book artwork and the reputation of my Marshmallow Martian book series. Your books use silly Marshmallow Martian graffiti. People now think of the Marshmallow Martian books with silly graffiti art with strong derivatives of my book series. This is unrepresentative of my intent and has ruined my art. This is like taking my paintings and mocking them publicly. This has destroyed and desecrated my Marshmallow Martian book series art.

Here are three fake photos that all say published new books by RH.

Case 5:26-cv-00260-M-RJ    Document 1-12    Filed 04/21/26    Page 8 of 14

# **Exhibit L-6:** Defendant's Response to Plaintiff's Cease-and-Desist Correspondence (February 4, 2025) — First Page


Penguin
Random
House

Alec Feinberg                                                                    February 4, 2025
9510 Centerwood Dr.
Raleigh, NC 27617
Sent via email: alecafeinberg@gmail.com

RE: Marshmallow Martians by Deanna Kent and Neil Hooson

Dear Dr. Feinberg,

As I stated in my previous correspondence, I am an attorney for Penguin Random House LLC. I have received and considered your correspondence dated January 8, 2025. In my prior response to you on December 13, 2024, I meant no disrespect. I am not trying to devalue the abundant effort that you put into your creations. Rather, I want to convey to you what the applicable law is here.

As I described at length in my prior correspondence, including with reference to relevant case law and statutes, Ms. Kent and Mr. Hooson have not infringed upon any of your purported rights. We will not be discontinuing publication of Ms. Kent and Mr. Hooson's books or removing them from any shelves. Both your books and the works by Deanna Kent and Neil Hooson, along with many other children's books that involve creatures from outer space, can exist on bookshelves for children to enjoy. Moving forward, if you choose to engage an attorney, please share all of our correspondence with them, and we will be happy to discuss the matter with them.

This letter is written without prejudice to any of the rights, remedies or defenses of Penguin Random House LLC, Deanna Kent or Neil Hooson, all of which are hereby reserved.

Sincerely,

*Alena Perszyk*

Alena Perszyk

cc:     Amelia Zalcman
        Carolyn Foley
        Aurora Laveglia
        Gary Fields

# Exhibit L-7: Plaintiff's Cease-and-Desist Correspondence Notifying Defendant of Trademark Renewal (U.S. Serial No. 98/552,512, Class 009) (June 22, 2025)

Alec Feinberg, 9510 Centerwood Dr. Raleigh, NC 27617
AlecAFeinberg@gmail.com

**Penguin Random House,** Attorney Alena Perszyk, aperszyk@penguinrandomhouse.com
CC: azalcman@penguinrandomhouse.com, cfoley@penguinrandomhouse.com, alaveglia@penguinrandomhouse.com, gfields@gfieldslaw.com, deanna.lee.kent@gmail.com, deannaandneil@gmail.com

**Subject:** Marshmallow Martian Trademark Rights, Cease & Desist Request          June 22, 2025

Dear Attorney Alena Perszyk:

The Marshmallow Martians book series is again a registered trademark of Alec Feinberg, **US Serial Number 98552512.** As you and your authors have persisted in violating my copyrights, you are now also in violation of my online trademark rights. This is my third reinstated mark. Any responsible company would have seen that my product had clear claims in trademark history, common law usage, and strong attempts at IP protection. Having allowed publication of your books was irresponsible of Random House and I interpret it as a blatant act to try and confuse the public, stealing my creative works, and disregarding a clear IP history. Clearly, Random House book series is now in full violation of my Federally Registered Trademark. Please remove your book series ASAP from all digital vendor outlets and the Internet areas. **You are prohibited from advertising, and all online sales of these Random House children's books by using the series title Marshmallow Martians under Registered Trademark law on the Internet:**

* Marshmallow Martians: Show and Smell, Marshmallow Martians: Earth School
  Marshmallow Martians: Museum Sleepover

Maintaining this book series without my permission and continuing to confuse the public on the authenticity of my original works over many years, yields true violations of my trademark and copyrights, it history, and is subject to additional lawsuits that I am building against your company and your authors. Furthermore, this trademark violation by Random House and the authors would be an indication that your company does not respect the law and IP rights of self-published authors.

If you would like to use my trademark, I request 75% of net profits on your books and aggravated damages of $100,000 or **Cease and Desist** ASAP. Willful statutory Trademark damages alone can be as high as $2,000,000. More violations would add to your already willful copyright violations.

If you are not interested in the above negotiations, I request a schedule for the time that you will comply within the next 2 weeks for removing your books as soon as possible from all related websites and Internet Google searches, etc. Your product is blocking my rightful digital visibility, and confusing the public.

Sincerely,


Alec Feinberg, Ph.D.

**BTW:** Have you ever asked your authors how they came up with the idea for Marshmallow Martians? You can find out the Marshmallow Martians were really born at MarshmallowMartians.net. You should respect the true creative process and stop stealing from my years of hard work and true IP historical rights.

Case 5:26-cv-00260-M-RJ    Document 1-12    Filed 04/21/26    Page 10 of 14

# Exhibit L-8: Defendant's Response to Plaintiff's Trademark Notice and Cease-and-Desist Correspondence (June 26, 2025)

 Penguin
Random
House

Alec Feinberg
9510 Centerwood Dr.
Raleigh, NC 27617
Sent via email: alecafeinberg@gmail.com

June 26, 2025

RE: Marshmallow Martians by Deanna Kent and Neil Hooson

Dear Dr. Feinberg,

As I stated in my previous correspondence, I am an attorney for Penguin Random House LLC. I have received and considered your correspondence dated June 22, 2025. In my prior correspondence to you on December 13, 2024 and February 4, 2025, I described at length, including with references to relevant case law and statutes, that Ms. Kent and Mr. Hooson have not infringed upon any of your purported rights. Your correspondence dated June 22, 2025 does not change our previous conclusions.

Your new trademark registrations do not change the legal analysis here. At the time that Ms. Kent and Mr. Hooson's books were published between April 2023 and January 2024, you did not have a federally registered trademark for "Marshmallow Martians". Even if you did have a federally registered trademark in the same class of products as Ms. Kent and Mr. Hooson's books when they were published, that still would not be enough to sustain a trademark infringement claim for the reasons I detailed in my prior correspondence to you.

Both your books and the works by Deanna Kent and Neil Hooson, along with many other children's books that involve creatures from outer space, can exist on bookshelves for children to enjoy. Moving forward, if you choose to engage an attorney, please share all of our correspondence with them, and we will be happy to discuss the matter with them.

This letter is written without prejudice to any of the rights, remedies or defenses of Penguin Random House LLC, Deanna Kent or Neil Hooson, all of which are hereby reserved.

Sincerely,

*Alena Perszyk*
Alena Perszyk

Alena Perszyk
Counsel
1745 Broadway, New York, New York 10019
P 212 782 9708
aperszyk@penguinrandomhouse.com

# **Exhibit L-9:** Plaintiff's Cease-and-Desist Correspondence Notifying Defendant of Trademark Registrations (U.S. Serial Nos. 98/552,512 (Class 009) and 99/044,020 (Class 016)) (November 23, 2025)

Alec Feinberg, 9510 Centerwood Dr. Raleigh, NC 27617
AlecAFeinberg@gmail.com

**Penguin Random House**, Attorney Alena Perszyk, aperszyk@penguinrandomhouse.com
CC: azalcman@penguinrandomhouse.com, cfoley@penguinrandomhouse.com, alaveglia@penguinrandomhouse.com, gfields@gfieldslaw.com, deanna.lee.kent@gmail.com, deannaandneil@gmail.com

**Subject:** Marshmallow Martian Trademark Rights, Cease & Desist Request          November 23, 2025

Dear Attorney Alena Perszyk:

The Marshmallow Martians have now recieved registered trademark in my name, Alec Feinberg:

- **US Serial Number 98552512 category 009 - Downloadable series of children's books.**
- **US Serial Number 99044020 category 016 - Series of printed children's books.**

I recently filed a complaint to Amazon books for your ebook series category 9, and they agreed and removed your ebooks. Similarly, your print books are now illegal as well as they are covered by category 16 for any book series bearing my trademark name. I decided to go directly to you and am respectively requesting again for you to remove you books.

Clearly, Random House book series is now in full violation of my Federally Registered Trademark. Please remove all your book series ASAP from all vendor outlets and the Internet areas. **You are prohibited from advertising, and all online sales of these Random House children's books by using the series title Marshmallow Martians under Registered Trademark law on the Internet:**

- Marshmallow Martians: Show and Smell, Marshmallow Martians: Earth School Marshmallow Martians: Museum Sleepover

Furthermore, this trademark violation by Random House and the authors would be an indication that your company does not respect the law and IP rights of self-published authors. As further proof, Amazon now recoginizing your violation in the ebook category. DO YOU NEED MORE PROOF.

If you would like to use my trademark, I request 75% of net profits on your books and aggravated damages of $100,000 or **Cease and Desist** ASAP. Willful statutory Trademark damages alone can be as high as $2,000,000. More violations would add to your already willful copyright violations.

If you are not interested in the above negotiations, I request a schedule for the time that you will comply within the next 2 weeks for removing your books as soon as possible from all related websites and Internet Google searches, etc. Your product is blocking my rightful digital visibility, and confusing the public.

Sincerely,

Alec Feinberg, Ph.D.

# Exhibit L-10: Defendant's Response to Plaintiff's Cease-and-Desist Correspondence (December 5, 2025)

**RH Email response**

Dec 5, 2025, 3:18 PM

**Perszyk, Alena <aperszyk@penguinrandomhouse.com>**
to me, Amelia, Carolyn, Aurora, Gary, deanna.lee.kent@gmail.com, deannaandneil@gmail.com

Dear Dr. Feinberg,

We are in receipt of your letter dated November 23, 2025. Your letter does not change our previous conclusions that we included in our letters to you on December 13, 2024, February 4, 2025, and June 26, 2025. With respect to your outreach to Amazon, these books should not have been removed because Ms. Kent and Mr. Hooson's books do not infringe upon any of your purported rights for the reasons we have explained in our prior letters. We will be reaching out to Amazon to have these books available once again on their website.

Moving forward, if you choose to engage an attorney, please share all of our correspondence with them, and we will be happy to discuss the matter with them.

This email is written without prejudice to any of the rights, remedies or defenses of Penguin Random House LLC, Deanna Kent or Neil Hooson, all of which are hereby reserved.

Sincerely,
Alena

Case 5:26-cv-00260-M-RJ     Document 1-12     Filed 04/21/26     Page 13 of 14

**Exhibit L-11:** Amazon Email Notification Regarding Reconsideration and Reinstatement of Defendant's Book Listings Following Trademark Complaint (January 27, 2026)

From: ip-inquiries@amazon.com
Date: January 27, 2026 at 2:24:05 AM EST
To: alecfeinberg@nc.rr.com
Subject: RE:[CASE 19323297451] Your Amazon Inquiry
Reply-To: "[CASE 19323297451] ip-inquiries@amazon.com" <ip-inquiries+45812e

Hello,

We've reviewed the information you've provided concerning the following book(s):

B0C5HD3P94 Marshmallow Martians: Museum Sleepover. (A Graphic Novel)
Kent, Deanna
B0B6Z73L8B Marshmallow Martians: Show and Smell. (A Graphic Novel)
Kent, Deanna
B0BKKFXL5W Marshmallow Martians: Earth School. (A Graphic Novel)
Kent, Deanna

After previously advising you that the above books would be removed from sale on Amazon, we have received additional information from the publisher regarding this claim.

Upon further review, we have decided to reinstate the above book(s) on Amazon.

If you have questions or believe you've received this email in error, reply to this message. To help us respond quickly, please send a single email.

Regards,
Amazon.com