Alac Fainberg
9510 Centerwood Dr
Raleigh, NC 27617

SHIP
TO:
310 NEW BERN AVE
RALEIGH NC 27601-1441

C001



USPS TRACKING® #

9534 8124 8802 8110 7998 49

Clerk of Court
US District Court — Eastern District of North Carolina
Raleigh Division
310 New Bern Ave.
Raleigh, NC 27601

**RECEIVED**

APR 21 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



MARQUE
SCOTCH

INSIDE DIMENSION:
x 14.7 IN/PO
5 DIMENSION INTÉRIEURE :
x 374 mm

RECYCLABLE MAILER
RÉCUPÉRABLE À LA SOURCE
CURRÉE

etch

© 2023, 3M ALL RIGHTS RESERVED.
TOUS DROITS RÉSERVÉS.
3M CENTER, ST. PAUL, MN 55144-1000
1-800-328-6276 Scotchbrand.com

PAPER
PAPIER
BAG
SAC

USA & CAN
E.-U. et CAN

How2recycle.info

CR-5-1

UNITED STATES POSTAL SERVICE.     **Retail**

**G**

US POSTAGE PAID

**$10.45**

Origin: 27676
04/20/26
3663330178-7

USPS GROUND ADVANTAGE®

2 Lb 2.60 Oz

RDC 01